DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KASEY OZELL COOPER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2393

[July 25, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn and Robert Meadows, Judges; L.T. Case Nos. 312015CF001482A, 312016CF001215C, and 312016CF001360A.

Kasey Cooper, Florida City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Rachael Kaiman, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and LEVINE, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***